AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## District of Hawaii

UNITED STATES OF AMERICA

V.

MARTIN WILLIAMS

(Name and Address of Defendant)

**WARRANT FOR ARREST**

Case Number: CR 01-00372HG-01

FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII
JUN 2 0 2006
at 10 o'clock and 09 min. A M
SUE BEITIA, CLERK

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST MARTIN WILLIAMS and bring him or her forthwith to the nearest district/ magistrate judge to answer a Probation/Supervised Release Violation Petition , charging him or her with (brief description of offense)

Order to show cause why supervision should not be revoked

in violation of Title  United States Code, Section(s) .

| Sue Beitia | Clerk U.S. District Court |
|---|---|
| Name and Title of Issuing Officer | Title of Issuing Officer |
| /s/ Signature of Issuing Officer/Deputy Clerk | January 18, 2006 at Honolulu, Hawaii — Date and Location |

Bail Fixed at No Bail Warrant       By: Helen Gillmor, United States District Judge

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| Date Received 1/18/06 | NAME AND TITLE OF ARRESTING OFFICER Tony Cole DUSM | SIGNATURE OF ARRESTING OFFICER Tony L Cole |
|---|---|---|
| Date of Arrest 6/18/06 | | |

83644