# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

July 6, 2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CR. 01-00372HG

CASE NAME:        U.S.A. vs. MARTIN WILLIAMS

ATTYS FOR PLA:    Thomas C. Koenig

ATTYS FOR DEFT:   Shanlyn A.S. Park

U.S.P.O:          Derek M. Kim

JUDGE:    HELEN GILLMOR         REPORTER:    Cynthia Fazio

DATE:     July 6, 2006          TIME:        3:00 - 3:25


COURT ACTION:  ORDER TO SHOW CAUSE WHY SUPERVISED RELEASE SHOULD NOT BE REVOKED -

The defendant is present in custody.

The defendant admitted to Violation Nos. 1, 2 & 3.

The Court finds that this is a Grade C violation, Criminal History Category III.

Allocution by the defendant.

The supervised release is revoked.

ADJUDGED: Impr of 1 yr and 1 day.

No supervised release imposed.

Advised of rights to appeal the sentence, etc.


Submitted by: David H. Hisashima, Courtroom Manager
Submitted by: Mary Rose Feria, Courtroom Manager