AO 245D (Rev. 8/96) Sheet 1 - Judgment in a Criminal Case for Revocation

# United States District Court
## District of Hawaii

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 19 2006

at 9 o'clock and 30 min. A M
SUE BEITIA, CLERK

| UNITED STATES OF AMERICA<br>v.<br>**MARTIN WILLIAMS**<br>(Defendant's Name) | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br>(For Offenses committed on or after November 1, 1987)<br><br>Criminal Number: 1:01CR00372-001<br>USM Number: 88367-022<br><br>Shanlyn A.S. Park<br>Defendant's Attorney |
|---|---|

**THE DEFENDANT:**

[✔]  admitted guilt to violation of Special Condition No. 1, General Condition, and Standard Condition No. 3 of the term of supervision.

[ ]  was found in violation of condition(s) _____ after denial or guilt.

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| See next page. | | |

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]  The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.: **6900**

Defendant's Residence Address:
**Honolulu, Hawaii 96814**

Defendant's Mailing Address:
**Honolulu, Hawaii 96814**

July 6, 2006
Date of Imposition of Sentence

_[signature]_
Signature of Judicial Officer

**HELEN GILLMOR**, Chief United States District Judge
Name & Title of Judicial Officer

7·18·06
Date

AO 245 D (Rev. 3/95) Judgment in a Criminal Case for Revocation Sheet I

| | | |
|---|---|---|
| CASE NUMBER: | 1:01CR00372-001 | Judgment - Page 2 of 3 |
| DEFENDANT: | MARTIN WILLIAMS | |

## ADDITIONAL VIOLATION

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1 | The offender refused to participate in substance abuse treatment at Freedom Recovery Services (FRS) on 12/7/2005. | |
| 2 | The offender admitted that he possessed and used cocaine on or around 12/16/2005 and 12/27/2005. | |
| 3 | The offender failed to follow the Probation Officer's 12/29/2005 and 1/04/2006 instructions. | |

AO 245B (Rev. 12/03) Sheet 2 - Imprisonment

CASE NUMBER:   1:01CR00372-001
DEFENDANT:     MARTIN WILLIAMS

Judgment - Page 3 of 3

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 1 YEAR and 1 DAY .

[ ]  The court makes the following recommendations to the Bureau of Prisons:

[✔]  The defendant is remanded to the custody of the United States Marshal.

[ ]  The defendant shall surrender to the United States Marshal for this district.
   [ ] at ___ on ___.
   [ ] as notified by the United States Marshal.

[ ]  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   [ ] before _ on ___.
   [ ] as notified by the United States Marshal.
   [ ] as notified by the Probation or Pretrial Services Officer.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

   Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal