AO 245B (Rev. 12/03) Sheet 2 - Imprisonment

| | |
|---|---|
| CASE NUMBER: 1:01CR00372-001 | Judgment - Page 3 of 3 |
| DEFENDANT: MARTIN WILLIAMS | |

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **1 YEAR and 1 DAY**.

[ ] The court makes the following recommendations to the Bureau of Prisons:

[✔] The defendant is remanded to the custody of the United States Marshal.

[ ] The defendant shall surrender to the United States Marshal for this district.
  [ ] at ___ on ___.
  [ ] as notified by the United States Marshal.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  [ ] before _ on ___.
  [ ] as notified by the United States Marshal.
  [ ] as notified by the Probation or Pretrial Services Officer.

*FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII*
*AUG 0 7 2006*
*at ___ o'clock and ___ min ___ M*
*SUE BEITIA, CLERK*

# RETURN

I have executed this judgment as follows:

_____

Defendant delivered on **28 JUL 2006** to ~~FEDERAL DETENTION CENTER~~
P.O. BOX 30547
HONOLULU, HI 96820

at _____, with a certified copy of this judgment.

John T. Rathman
~~UNITED STATES MARSHAL~~
WARDEN

By J. Lumii
~~Deputy U.S. Marshal~~
Legal Tech

AO 245D (Rev. 8/96) Sheet 1 - Judgment in a Criminal Case for Revocation

# United States District Court
## District of Hawaii

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 19 2006

at 9 o'clock and 30 min. A M
SUE BEITIA, CLERK

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| **MARTIN WILLIAMS** | (For Offenses committed on or after November 1, 1987) |
| (Defendant's Name) | |
| 88367 | Criminal Number: **1:01CR00372-001** |
| | USM Number: 88367-022 |
| | **Shanlyn A.S. Park** |
| | Defendant's Attorney |

## THE DEFENDANT:

[✔]  admitted guilt to violation of Special Condition No. 1, General Condition, and Standard Condition No. 3 of the term of supervision.
[ ]  was found in violation of condition(s) _____ after denial or guilt.

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| See next page. | | |

The defendant is sentenced as provided in pages 2 through _3_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]  The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.:  **6900**

Defendant's Residence Address:
**Honolulu, Hawaii 96814**

Defendant's Mailing Address:
**Honolulu, Hawaii 96814**

July 6, 2006
Date of Imposition of Sentence

Signature of Judicial Officer

**HELEN GILLMOR**, Chief United States District Judge
Name & Title of Judicial Officer

7·18·06
Date

ATTEST: A True Copy
SUE BEITIA
Clerk, United States District
Court, District of Hawaii

Deputy

AO 245 D (Rev. 3/95) Judgment in a Criminal Case for Revocation Sheet I

| CASE NUMBER: | 1:01CR00372-001 | Judgment - Page 2 of 3 |
|---|---|---|
| DEFENDANT: | MARTIN WILLIAMS | |

## ADDITIONAL VIOLATION

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1 | The offender refused to participate in substance abuse treatment at Freedom Recovery Services (FRS) on 12/7/2005. | |
| 2 | The offender admitted that he possessed and used cocaine on or around 12/16/2005 and 12/27/2005. | |
| 3 | The offender failed to follow the Probation Officer's 12/29/2005 and 1/04/2006 instructions. | |

AO 245 D (Rev. 3/95) Judgment in a Criminal Case for Revocation Sheet I

| CASE NUMBER: | 1:01CR00372-001 | Judgment - Page 2 of 3 |
|---|---|---|
| DEFENDANT: | MARTIN WILLIAMS | |